# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**CRAIG GENIER**

     vs.                                    **CASE NUMBER: 8:08-CV-1039 (DEP)**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**  that Defendant's motion for judgment on the pleadings is GRANTED, the Commissioner's determination that Plaintiff was not disabled at the relevant times, and is not entitled to benefits under the Social Security Act, is AFFIRMED.  Plaintiff's Complaint is Dismissed in its entirety and judgment is hereby entered in favor of the Commissioner.

All of the above pursuant to the Order of the Honorable Magistrate Judge David E. Peebles, dated the 22nd  day of September, 2009.

DATED: September 22, 2009

                                              */s/ Lawrence K. Baerman*
                                              Clerk of Court

                                              s/
                                              Melissa Ennis
                                              Deputy Clerk