IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

CRAIG J. GENIER,

                      Plaintiff,

   vs.                              Civil Action No.
                                        8:08-CV-1039 (DEP)

MICHAEL J. ASTRUE,

                      Defendant.

---

APPEARANCES:                      OF COUNSEL:

FOR PLAINTIFF

SCHNEIDER LAW OFFICE          MARK A. SCHNEIDER, ESQ.
57 Court Street
Plattsburgh, NY 12901

FOR DEFENDANT

HON. RICHARD S. HARTUNIAN     KRISTINA D. COHN, ESQ.
United States Attorney             Special Assistant
Northern District of New York
100 S. Clinton Street
P.O. Box 7198
Syracuse, New York   13261-7198

DAVID E. PEEBLES
U.S. MAGISTRATE JUDGE

## ORDER

    This court issued a decision and order in connection with this matter

on September 22, 2009, granting defendant's motion for judgment on the

pleadings and dismissing plaintiff's complaint. Dkt. No. 15. The resulting judgment, entered on September 22, 2009, Dkt. No. 16, was subsequently reversed by the United States Court of Appeals for the Second Circuit's decision dated May 27, 2010. Based upon the Second Circuit's ruling, it is hereby

ORDERED, as follows:

1) Plaintiff's motion for judgment on the pleadings in connection with this action is GRANTED;

2) The Commissioner's determination, review of which was sought by the plaintiff is VACATED, and the matter is remanded to the Social Security Administration for further proceedings; and

3) The clerk is directed to enter judgment accordingly, and to close the court's file with respect to this matter.

Dated:   August 17, 2010
         Syracuse, NY

/s/ David E. Peebles
David E. Peebles
U.S. Magistrate Judge