# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## AMENDED JUDGMENT IN A CIVIL CASE

_____

**CRAIG GENIER**

       vs.                                   **CASE NUMBER: 8:08-CV-1039**
                                                                           **(DEP)**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**  that Plaintiff's Motion for Judgment on the Pleadings is GRANTED.  The Commissioner's determination, review of which was sought by the Plaintiff is VACATED and this matter is REMANDED to the Social Security Administration for further proceedings.

All of the above based upon the decision of the United States Court of Appeals for the Second Circuit dated the 27th day of May, 2010 and pursuant to the Order of the Honorable Magistrate Judge David E. Peebles, dated the 17th day of August, 2010.

DATED: August 17, 2010

                                                       *Lawrence K. Baerman*
                                                     Clerk of Court

                                                     s/
                                                    Melissa Ennis
                                                    Deputy Clerk